CORRECTED MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of June, two thousand and twelve.

Before:     DENNIS JACOBS,
                 *Chief Judge*,
             GUIDO CALABRESI,
             ROSEMARY S. POOLER,
                 *Circuit Judges*.

_____

UNITED STATES OF AMERICA,                          **JUDGMENT**

            *Appellee*,                            Docket Number: 11-1126

        v.

SERGEY ALEYNIKOV,

            *Defendant-Appellant*.

_____

The appeal in the above-captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the judgment of the district court is REVERSED and the matter is REMANDED in accordance with the Opinion of this Court.

The Judgment is entered *nunc pro tunc* to April 11, 2012.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CORRECTED MANDATE ISSUED ON 06/06/2012